[No. 5875–1. Division One. September 11, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN JOSEPH WARE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81111, Horton Smith, J., entered July 25, 1977.

1062

*Affirmed* by unpublished opinion per Ringold, J., concurred in by Farris, C.J., and Williams, J.